IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FAUSTINO DE LOS SANTOS
MARTINEZ, by Next Friend,
Johanny Rossely Valentina Restrepo,

    Petitioner,

       v.                                      Civil Action No. 2:26-cv-130

WARDEN, CAROLINE DETENTION
FACILITY, et al.,

    Respondents.

## **FINAL ORDER**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on February 24, 2026. Dkt. No. 9. The time to file objections has expired and neither party has objected to the Report and Recommendation. Respondents have filed a notice indicating that Petitioner was given a bond hearing and has since been released. Dkt. No. 10.

Having reviewed the Report and Recommendation, and having considered the record and the Report and Recommendation and finding no error, it is hereby ORDERED:

(1)     The Report and Recommendation, Dkt. No. 9, is ADOPTED as the opinion of this Court.

(2)     The Amended Petition for Writ of Habeas Corpus, Dkt. No. 4, is DENIED IN PART as moot, and GRANTED IN PART.

(3)     It is further ORDERED that Respondents be ENJOINED from invoking the automatic stay provision of 8 C.F.R. § 1003.19(i)(2).

(4)     Respondents are ENJOINED from rearresting Petitioner unless: (1) he has committed a new violation of any federal, state, or local law; (2) he has failed to attend any properly noticed immigration or court hearing; or (3) he is subject to an administratively final removal order pursuant to § 1231.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record and to the Petitioner at his address of record.

It is SO ORDERED.

/s/
_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: March 13, 2026